```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 22544
    NITA STEEL
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2829


---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 08/26/2008 and was not confirmed.

     The case was dismissed without confirmation 10/20/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED VEHIC       .00            .00           .00
HSBC AUTO FINANCE          UNSECURED     NOT FILED            .00           .00
ILLINOIS DEPT OF REV       PRIORITY      NOT FILED            .00           .00
ILLINOIS DEPT OF REV       PRIORITY      NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY      NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        9077.67            .00           .00
NEXTEL                     UNSECURED     NOT FILED            .00           .00
HOUSEHOLD B                UNSECURED     NOT FILED            .00           .00
HSBC BANK N                UNSECURED     NOT FILED            .00           .00
ASSET ACCEPTANCE CORP      UNSECURED        3114.45           .00           .00
BANK OF AMERICA            UNSECURED     NOT FILED            .00           .00
CAPITAL ONE                UNSECURED     NOT FILED            .00           .00
CAPITAL ONE                UNSECURED     NOT FILED            .00           .00
CAPITAL ONE                UNSECURED     NOT FILED            .00           .00
CAPITAL ONE                UNSECURED     NOT FILED            .00           .00
RCN CHICAGO                UNSECURED     NOT FILED            .00           .00
CHASE PIER 1               UNSECURED     NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED         440.00           .00           .00
MACYS RETAIL HOLDINGS      UNSECURED          95.48           .00           .00
FIRST PREMIER BANK         UNSECURED     NOT FILED            .00           .00
PREMIER BANKCARD           UNSECURED         346.32           .00           .00
PEOPLES GAS                UNSECURED     NOT FILED            .00           .00
RANDOLPH ATHLETIC CLUB     UNSECURED     NOT FILED            .00           .00
HSBC BANK                  UNSECURED     NOT FILED            .00           .00
HSBC                       UNSECURED     NOT FILED            .00           .00
JC PENNEY                  UNSECURED     NOT FILED            .00           .00
MERRICK BANK               UNSECURED        1293.95           .00           .00
NBGL CARSONS               UNSECURED     NOT FILED            .00           .00
ACUTE CARE SPECIALISTS I   UNSECURED     NOT FILED            .00           .00
SCHWARTZ MEDICAL CORP      UNSECURED     NOT FILED            .00           .00
LVNV FUNDING               UNSECURED        2196.35           .00           .00
PLANNED PROPERTY MGMNT I   UNSECURED     NOT FILED            .00           .00
PEOPLES ENERGY             UNSECURED     NOT FILED            .00           .00
STUDEN TLOAN MKT ASSN      UNSECURED     NOT FILED            .00           .00
STUDEN TLOAN MKT ASSN      UNSECURED     NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 22544 NITA STEEL
```

```
WASHINGTON MUTUAL          UNSECURED      NOT FILED                  .00         .00
WENDY KAPLAN               NOTICE ONLY    NOT FILED                  .00         .00
INTERNAL REVENUE SERVICE   UNSECURED       2097.29                   .00         .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    3,474.00                               .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
      ------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
      ------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                          ---------------   ---------------
TOTALS                          .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/26/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                                        PAGE   2
             CASE NO. 08 B 22544 NITA STEEL